IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL AUTON**                                                                                    **PLAINTIFF**
ADC#143473

v.                              CASE NO.  3:24-cv-00141-BSM

**WILLIAM F. STRAUGHN,**                                                                  **DEFENDANT**
Deputy Director, ADC; *et al*

### ORDER

After *de novo* review of the record, including Mr. Auton's objections, United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 9] is adopted. Equipping a prisoner with a copy of his birth certificate might be a good idea given the role proof of citizenship plays in obtaining employment.  That said, Mr. Auton is not entitled to a copy of his birth certificate by federal law.

The Complaint [Doc. No. 2] is dismissed without prejudice. Dismissal of this lawsuit counts as a "strike" for the purposes of 28 U.S.C. section 1915(g). It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE