IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL AUTON**  **PLAINTIFF**
ADC#143473

v.   CASE NO. 3:24-cv-00141-BSM

**WILLIAM F. STRAUGHN,**  **DEFENDANT**
Deputy Director, ADC; *et al*

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE

1